UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
Civil Action No.  5:08CV90-R

TOMMY BAIRD                                                                                          PLAINTIFF

V.                          **PLAINTIFF'S AMENDED COMPLAINT**
                                         **Electronically Filed**

DIRECTECH SOUTHWEST, INC.                                                      DEFENDANT

1. The plaintiff Tommy Lynn Baird resides at 1250 State Route 387, Marion, Kentucky 42064.

2. For approximately four years extending up to January 8, 2007, plaintiff Tommy Lynn Baird was an employee of DirecTECH Southwest, Inc. or a predecessor company engaged in the same business at the same location.

3. The defendant DirecTECH Southwest, Inc. is a Louisiana corporation with its principal office located at 33 W Second Street, Suite 504, Maysville KY 41056 and which has CT Corporation System, Kentucky Home Life Building, Louisville KY 40202 as its registered agent for service of process.

4. Defendant DirecTECH Southwest, Inc. also does business as Direct Tech SW and Bluegrass Satellite.

5. Shortly after being given a raise and promotion plaintiff Tommy Lynn Baird was dismissed by the defendant from employment.

6. Tommy Lynn Baird at all times herein relevant is a person with a disability within the meaning of Kentucky Revised Statutes (hereinafter abbreviated KRS) § 344.010(4)(a) and (c).

7. Plaintiff is and was at all times herein relevant a qualified individual with a disability who, with or without reasonable accommodation could perform the essential functions of the employment position that he held with the defendant.

8. In discharging Tommy Lynn Baird the defendant unreasonably and in violation of KRS 344.010 et seq. and U.S.C.A. § 12101 et seq. discriminated against Tommy Lynn Baird on the basis of a disability he was perceived by his supervisor to have.

9. The defendant employs greater than 25 people within the Commonwealth of Kentucky in performance of its business.

10. Tommy Lynn Baird regularly worked at or from defendant's Paducah, McCracken County, Kentucky office.

11. As a result of the above described discriminatory conduct by the defendant, plaintiff Tommy Lynn Baird suffered significant humiliation and embarrassment, he has lost earnings, and his earnings in the future have been significantly diminished.

12. The defendant's discriminatory conduct above described was intentional and without reasonable foundation entitling plaintiff to punitive damages.

WHEREFORE, plaintiff asks judgment against the defendant in an amount which will fairly and reasonably compensate him for each of his elements of damage above described, which amount is in excess of the jurisdictional minimum of this Court.  In addition, plaintiff asks an award of punitive damages.

WHEREFORE, plaintiff also asks for trial by jury, his costs, and all other relief to which he may appear entitled.

Respectfully submitted,

HAVERSTOCK, BELL & PITMAN
Michael M. Pitman
PO Box 1075
Murray, KY 42071-1075


HOUSMAN & ASSOCIATES


/s/ CraigHousman_____
109 South Fourth Street
PO Box 1196
Paducah KY  42002-1196
(270) 444-6644

Attorneys for Plaintiff

## SERVICE CERTIFICATE

On August 29, 2008, I electronically filed this document through the ECF system, which will send a notice of electronic filing to:

Richard G. Griffith, Esq. - rick.griffith@skofirm.com