UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
NO.: 5:08-CV-90-TBR

TOMMY BAIRD                                                    PLAINTIFF

vs.              **AGREED ORDER OF DISMISSAL WITH PREJUDICE**

DIRECTECH SOUTHWEST, INC.                                      DEFENDANT

* * * * * * * * * * * * * * * *

By agreement of the parties, and the Court begin sufficiently advised, IT IS HEREBY

ORDERED AND ADJUDGED that the foregoing action is, and all claims asserted therein are,

DISMISSED WITH PREJUDICE, with the parties bearing their own costs and attorneys fees.

HAVE SEEN AND AGREED

Tommy L. Baird
8240 Moore Road
Paducah, KY  42001
PRO SE PLAINTIFF

Richard G. Griffith, Esq.
Stoll Keenon Ogden PLLC
300 West Vine Street,
Suite 2100
Lexington, KY  40507
COUNSEL FOR DEFENDANT

106051.131404/3644583.1